IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBIN MILLER, RICHARD GREY II, and STAN ALEMASKIN, individually and on behalf all others similarly situated,<br><br>Plaintiffs,<br><br>- against -<br><br>CITIZENS FINANCIAL GROUP, INC., CITIZENS BANK, N.A., and CITIZENS BANK OF PENNSYLVANIA,<br><br>Defendants. | Case No. 1:17-cv-12352-IT |

## NOTICE OF JOINT MOTION FOR SETTLEMENT APPROVAL

For the reasons set forth in the Joint Motion for Settlement Approval and the Declaration of Justin M. Swartz In Support of the Joint Motion For Settlement Approval, the Parties respectfully request that the Court enter an Order approving the Settlement Agreement and Release.

Dated: March 31, 2021
New York, New York

Respectfully submitted,

By: */s/ Justin M. Swartz*

Justin M. Swartz*
Molly A. Brooks*
Chauniqua D. Young*
Sabine Jean*
**OUTTEN & GOLDEN LLP**
685 Third Avenue, 25th Floor
New York, New York 10017
Telephone: (212) 245-1000

**FAIR WORK P.C.**
Hillary A. Schwab (BBO #666029)
Brant Casavant (BBO #672614)

192 South Street, Suite 450
Boston, Massachusetts 02111
Telephone: (617) 607-3260

**SHAVITZ LAW GROUP, P.A.**
Gregg I. Shavitz*
Paolo C. Meireles*
951 Yamato Rd, Suite 285
Boca Raton, Florida 33431
Telephone: (561) 447-8888

**Admitted pro hac vice*

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants identified on the Notice of Electronic Filing (NEF) on March 31, 2021.

Dated: March 31, 2021
       New York, New York

By: /s/ *Justin M. Swartz*
     Justin M. Swartz (admitted *pro hac vice*)