IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ROBIN MILLER, RICHARD GREY II, and STAN ALEMASKIN, individually and on behalf all others similarly situated,

Plaintiffs,

- against -

CITIZENS FINANCIAL GROUP, INC., CITIZENS BANK, N.A., and CITIZENS BANK OF PENNSYLVANIA,

Defendants.

Case No. 1:17-cv-12352-IT

## [PROPOSED] ORDER APPROVING SETTLEMENT

This matter comes before the Court on the Parties' Joint Motion for Settlement Approval and to dismiss the action with prejudice. It is hereby ORDERED and ADJUDGED as follows:

1. All defined terms contained herein shall have the same meaning as set forth in the Settlement Agreement and Release (the "Agreement") executed by the Parties and filed with the Court, attached to the Declaration of Justin M. Swartz as Exhibit 1, unless otherwise stated in this Final Approval Order.

2. The Approval Motion is GRANTED, as the Parties' Settlement is a fair, reasonable, and just resolution of a *bona fide* dispute.

3. The Court has subject matter jurisdiction to approve the Agreement and to enter this Final Approval Order and judgment. Without in any way affecting the finality of this Final Approval Order and judgment, this Court hereby retains jurisdiction as to all matters relating to administration, consummation, enforcement, and interpretation of the Agreement and of this Final Approval Order, and for any other necessary purpose.

4. The Court approves the Agreement and "so orders" all of its terms.

5. This judgment shall be binding on all Named Plaintiffs and Opt-In Plaintiffs, who shall be deemed to have conclusively released their claims against the Defendants and Releasees as set forth in the Agreement.

6. The Court grants Plaintiffs the amount allocated for attorneys' fees and out-of-pocket costs and expenses.

7. The action is hereby dismissed with prejudice.

8. The Parties are hereby directed to implement and consummate the Agreement according to its terms and provisions. Without further order of the Court, the Parties may agree to reasonably necessary extensions of time to carry out any of the provisions of the Agreement.

**IT IS SO ORDERED.**

Dated: 4/15/2021

/s/ Indira Talwani
Honorable Indira Talwani
United States District Judge