UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ROBIN MILLER, RICHARD GREY II, and STAN ALEMASKIN, | * * * | |
| Plaintiffs, | * * | |
| and LORI ANN RUHMANN, KYLE OSTOPICK, SANJAYA KRISHNA BALU and LISA PETRIE, | * * * * | |
| Opt-In Plaintiffs, | * * | |
| v. | * * | Civil Action No. 17-cv-12352-IT |
| CITIZENS FINANCIAL GROUP, INC., CITIZENS BANK, N.A., and CITIZENS BANK OF PENNSYLVANIA, | * * * * | |
| Defendants. | * | |

ORDER OF DISMISSAL
April 15, 2021

TALWANI, D.J.

Pursuant to the Order Approving Settlement [140], this action brought by Plaintiffs Robin Miller, Richard Grey II, and Stan Alemaskin and Opt-In Plaintiffs Lori Ann Ruhmann, Kyle Ostopick, Sanjaya Krishna Balu, and Lisa Petrie against Citizens Financial Group, Inc., Citizens Bank, N.A., and Citizens Bank of Pennsylvania is dismissed with prejudice.

This case is now closed.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge